JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOANN AMBROSE,                           ) | Case No. SACV 12-00954-MLG |
|        Plaintiff,     ) | JUDGMENT |
|   v.                                    ) | |
| MICHAEL J. ASTRUE,                       ) | |
| Commissioner of the                      ) | |
| Social Security Administration,          ) | |
|        Defendant.    ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: January 9, 2013

_____
MARC L. GOLDMAN
United States Magistrate Judge